IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 14–cv–00439–RM–BNB

ELEAZAR VAZQUEZ GOMEZ,

    Petitioner,

v.

ERIC HOLDER, Attorney General, et al.,

    Respondents.

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the issue of mootness. Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, alleging he was unlawfully detained by Respondents. Respondents' response to the Court's Order to Show Cause argues, among other things, that Petitioner has now been removed to Mexico and, accordingly, his habeas petition is moot. Petitioner agrees and seeks withdrawal of his Petition. Upon consideration of the parties' papers, the applicable law, and being otherwise fully advised in the premises, it is hereby

ORDERED that the complaint and this action are DISMISSED as moot, with each party to bear his own costs.

DATED this 15th day of April, 2014.

                                              BY THE COURT:

                                              _____
                                              RAYMOND P. MOORE
                                              United States District Judge